## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Sumrana Syeda Ahmed

                        Plaintiff,

v.                                         Case No.: 1:16–cv–07715

                                                       Honorable Charles R. Norgle Sr.

Linda Solberg Losen, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 7, 2017:

      MINUTE entry before the Honorable Maria Valdez: The parties report that they accept the Court's settlement recommendation. The settlement conference previously set for 1/18/18 at 2:00 p.m. is thereby stricken. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge.Mailed notice (smm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.